UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMON VENEGAS,

    Plaintiff,

v.                                               CASE NO. 8:18-cv-1941-T-02AEP

AMERICAN MEDICAL RESPONSE
AMBULANCE SERVICE, INC.,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915, at docket 12, which was referred to the magistrate judge. The magistrate judge issued a report recommending the motion be denied and the complaint be dismissed. Dkt. 13. Plaintiff has not filed an objection.[1]

The magistrate judge found that the allegations of the amended complaint (Dkt. 11) fail to establish a viable federal claim or to otherwise provide a basis for jurisdiction. For the reasons explained in the report and recommendation, the magistrate judge's recommendation (Dkt. 13) is **approved and affirmed** in all

---

[1] Plaintiff was given an extension of time to file an objection to the report and recommendation on or before January 14, 2019. Dkt. 15 (Order dated December 3, 2018).

respects.  Plaintiff's Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915 (Dkt. 12) is denied.  The amended complaint (Dkt. 11) is dismissed.  The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, on January 18, 2019.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Plaintiff, *pro se*